■ In the Matter of FRANKLIN D. POTTER, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent. [758 NYS2d 861] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Washington County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner challenges a determination finding him guilty of violating the prison disciplinary rule that prohibits the unauthorized possession of a controlled substance. The Attorney General has advised this Court by letter that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (see Matter of Hernandez v Selsky, 301 AD2d 771 [2003]).

Crew III, J.P., Peters, Carpinello, Rose and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.